[No. 37124-0-I.     Division One.     October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TUKU AREGAI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02552-4, Marilyn R. Sellers, J., entered July 31, 1995. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 37161-4-I.     Division One.     October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY WAYNE WILLIAMS, ET AL., *Defendants*, ROGER E. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03055-2, Patricia H. Aitken, J., entered August 14, 1995. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 38072-9-I.     Division One.     October 20, 1997.]

EWALD MAUSER, ET AL., *Appellants*, v. THE CITY OF EDMONDS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-02025-9, Ann Schindler, J., entered April 25, December 27, 1995, January 12, February 26, March 6, and December 27, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Agid, JJ.

[No. 38773-1-I.     Division One.     October 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. KINNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07337-5, Steven G. Scott, J., entered May 29, 1997. *Dismissed* by unpublished per curiam opinion.